## HUTCHISON v. CRANDALL.

(160 Pac. 124.)

**Appeal and Error—Time in Which to Serve Notice of Appeal—Statute.**

1. Under Section 550, L. O. L., as amended by Laws of 1913, page 617, Section 1, requiring service of a notice of appeal within 60 days from the date of the judgment, and Section 541, declaring that service by mail is deemed complete on the first day after the date of deposit of the notice in the postoffice that the mail leaves such postoffice, a notice of appeal from a judgment rendered May 23, 1916, mailed on July 22d, excluding the day that judgment was rendered and including the last day, was not mailed until the sixty-first day, and was too late, and the appeal will be dismissed.

From Columbia: JAMES A. EAKIN, Judge.

This is an action by M. T. Hutchison against Mrs. F. D. Crandall in which a judgment was rendered in favor of plaintiff, and defendant appeals.

APPEAL DISMISSED.     REHEARING DENIED.

*Mr. M. F. Miller* and *Mr. W. A. Harris,* for the motion.

*Mr. Sam M. Johnson, contra.*

In Banc.  MR. JUSTICE McBRIDE delivered the opinion of the court.

This is a motion to dismiss defendant's appeal. The judgment was rendered May 23, 1916, at St. Helens, Oregon. The proof of service shows that notice of appeal was mailed in Portland on July 22d, directed to defendant's attorneys at St. Helens. The statute requires service of notice of appeal within 60 days from the date of the judgment: Section 550, L. O. L., as amended by Laws 1913, p. 617. By Section 541, L. O. L., service by mail is deemed complete on the first day after the date of deposit of the notice in the postoffice that the mail leaves such postoffice for the place to which the notice is sent. Excluding the day that the judgment was rendered and including the last, we find that there remained 8 days in May, 30 days in June, and 22 days in July within which to complete the service. The service by reason of the provisions of Section 541, L. O. L., was not made upon the plaintiff's attorneys until July 23d, which was the sixty-first day.

The notice was therefore served one day too late, and the appeal is dismissed.

DISMISSED.   REHEARING DENIED.